# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re* THOMAS W. OLICK | 5:14-cv-044 |
| | 2:07-ap-60 |

# ORDER

**AND NOW**, this 27th day of August, 2014, upon consideration of Appellant's appeal from the December 3, 2013 Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania and Appellant's brief, it is **HEREBY ORDERED** that:

1. The December 3, 2013 order of the bankruptcy court is **VACATED**.

2. The February 5, 2010 order of the bankruptcy court is **REINSTATED**.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge.
